Charles H. Niehaus, Appellant, v. Patrick McNulty, Respondent.— Judgment and order of the City Court of New Rochelle reversed and new trial ordered, costs to abide the event, on the ground that the verdict was against the weight of evidence. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Sarah E. O'Banks, as Administratrix, etc., of Charles S. O'Banks, Deceased, Respondent, v. Town of Philipstown, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Matilda Pfluger, Appellant, v. Interborough Rapid Transit Company, Respondent.— Under the proofs in this case, there was an issue for the jury whether warning was or should have been given, and whether plaintiff was guilty of contributory negligence. The judgment and order are, therefore, reversed, and a new trial granted, costs to abide the event. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

E. May Purdy, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days after entry of this order plaintiff stipulate to reduce the recovery of damages to the sum of $4,000, in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.